# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff/Respondent, § | |
| § | |
| V. § | CR. No. C-03-206 (1) |
| § | C.A. No. C-06-17 |
| RODOLFO FRANCO DE LEON, § | |
| Defendant/Movant. § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Rodolfo Franco De Leon's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

It is so ORDERED this 17th day of March, 2006.

_____
Janis Graham Jack
United States District Judge